```
 1  KAREN P. HEWITT
     United States Attorney
 2   PAUL S. COOK
     Assistant U.S. Attorney
 3   California State Bar No. 79010
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619)557-5687/(619)235-2757(Fax)
     Email: paul.cook@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 08cr1984-WQH |
|                                     ) | |
|                    Plaintiff,       ) | |
|                                     ) | NOTICE OF APPEARANCE |
|              v.                     ) | |
|                                     ) | |
| ALLAN RAY WEST (1),                 ) | |
| STEVEN PATRICK BERNAL (2),          ) | |
|                                     ) | |
|                    Defendants.      ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> - "None"

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Please call me if you have any questions about this notice.

DATED: June 13, 2008.

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              <u>s/Paul S. Cook</u>
                              PAUL S. COOK
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              United States of America
                              Email: paul.cook@usdoj.gov

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1894-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ALLAN RAY WEST (1), | ) | |
| STEVEN PATRICK BERNAL (2), | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

   I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Frederick Carroll | Erica Zunkel |
| frederickcarroll@hotmail.com | erica_zunkel@fd.org |

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

                    None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.
   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on June 13, 2008.


                                        s/Paul S. Cook
                                        PAUL S. COOK

3