```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,  ) | Criminal Case No. 08cr1894-WQH |
| 11 | Plaintiff, ) | |
| 12 | v. ) | NOTICE OF APPEARANCE |
| 13 | ALLAN RAY WEST (1), ) STEVEN PATRICK BERNAL (2), ) | |
| 14 | Defendants. ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> - "None"

1 | Effective this date, <u>the following attorneys are no longer
2 | associated with this case</u> and should <u>not</u> receive any further
3 | Notices of Electronic Filings relating to activity in this case
4 | (if the generic "U.S. Attorney CR" is still listed as active in
5 | this case in CM/ECF, please terminate this association):
6 | Please call me if you have any questions about this notice.
7 | DATED: June 13, 2008.
8 | Respectfully submitted,
9 | KAREN P. HEWITT
United States Attorney
10 |
11 | <u>s/Paul S. Cook</u>
PAUL S. COOK
12 | Assistant United States Attorney
Attorney for Plaintiff
13 | United States of America
Email: paul.cook@usdoj.gov

2

```
 1                       UNITED STATES DISTRICT COURT

 2                     SOUTHERN DISTRICT OF CALIFORNIA

 3   UNITED STATES OF AMERICA,       )   Case No. 08cr1894-WQH
                                     )
 4                 Plaintiff,        )
                                     )
 5         v.                        )
                                     )   CERTIFICATE OF SERVICE
 6   ALLAN RAY WEST (1),             )
     STEVEN PATRICK BERNAL (2),      )
 7                                   )
                   Defendants.       )
 8   _____)

 9   IT IS HEREBY CERTIFIED THAT:

10        I, PAUL S. COOK, am a citizen of the United States and am at
     least eighteen years of age.  My business address is 880 Front
11   Street, Room 6293, San Diego, California 92101-8893.
```

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Frederick Carroll                    Erica Zunkel
frederickcarroll@hotmail.com         erica_zunkel@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2008.

                                         s/Paul S. Cook
                                         PAUL S. COOK

3